UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KAABOOWORKS SERVICES, LLC,**

    **Plaintiff,**

v.                                               Case No.: 8:17-cv-2491-T-35AAS

**SARAH PILSL,**

    **Defendant.**
_____/

## ORDER

The parties appeared before the undersigned for a hearing on attorney Daniel W. Anderson's motion to withdraw as counsel for Sarah Pilsl (Doc. 32), Kaabooworks Services, LLC's ("Kaabooworks") motion to compel discovery responses (Doc. 33), and Ms. Pilsl's motion for extension of time to respond to Kaabooworks' motion to compel (Doc. 34). For the reasons stated on the record at the hearing on May 24, 2018, it is **ORDERED**:

(1) Mr. Anderson's Motion to Withdraw as Counsel (Doc. 32) is **GRANTED**. Ms. Pilsl should consult the "Proceeding Without Lawyers" guidelines on the court's website, located at http://www.flmd.uscourts.gov/litigants-without-lawyers. And, the Tampa Bay Chapter of the Federal Bar Association operates a Legal Information Program on Tuesdays from 1:00 p.m. to 3:00 p.m., on the 2nd floor of the Sam M. Gibbons United States Courthouse, 801 North Florida Ave, Tampa, Florida. Through that program, pro se litigants may consult with a lawyer on a limited basis for free.

(2) As Ms. Pilsl is proceeding pro se and due to Ms. Pilsl's claim of financial hardship, as well as other factors, the undersigned **RECOMMENDS** that the parties be ordered to mediate

1

this action before United States Magistrate Judge Anthony E Porcelli instead of the scheduled private mediation.[1]

(3)     Kaabooworks' Motion to Compel Defendant's Responses to Discovery (Doc. 33) is **DENIED**.  Kaabooworks shall pay Mr. Anderson's reasonable fees and costs incurred in relation to this motion after service of Ms. Pilsl's amended responses and objections to Kaaboowork's discovery requests on May 16, 2018.  *See* Fed. R. Civ. P. 37(5)(B).  Mr. Anderson must file a notice containing his standard hourly rate and relevant billing records.  If Mr. Anderson prefers that this notice be filed under seal, he shall provide the Clerk, in person or by mail, with the hard copy notice, and the Clerk is directed to file Mr. Anderson's notice and any attachments under seal until further order of the court.

(4)     Ms. Pilsl's Motion for Enlargement of Time to Respond to Plaintiff's Motion to Compel (Doc. 34) is **DENIED as moot**.

(5)     The court will schedule a follow-up telephonic discovery conference by separate order.

**ORDERED** in Tampa, Florida on this 25th day of May, 2018.

*[signature: Amanda Arnold Sansone]*

AMANDA ARNOLD SANSONE
United States Magistrate Judge

---

[1] This case is scheduled for mediation before Peter J. Grilli on July 20, 2018.  (Doc. 30).